DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

JAMES C. DAY,

Appellant,

v.

JOHN P. FLECK, JR.,

No. 2D2025-1711

—————————————————

February 4, 2026

Appeal from the Circuit Court for Manatee County; Kevin Richard Bruning, Judge.

James C. Day, pro se.

John P. Fleck, Jr., pro se.


PER CURIAM.

    Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.